## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TONY HINES, | |
| Plaintiff, | Case No. 2:11-cv-01481-PMP-GWF |
| vs. | **ORDER** |
| DWIGHT NEVEN, et al., | Motion for an Alternative Manner for the Issuance and Transmission of the Summons for Service (#8) |
| Defendants. | |

This matter comes before the Court on Plaintiff's Motion for an Alternative Manner for the Issuance and Transmission of the Summons for Service (#8), filed on October 26, 2011. Plaintiff requests the Court order the service of the summons and complaint by and through the Human Resources Department of the NDOC because his prior attempts to secure the last known address of several Defendants failed. On October 20, 2011, the Court entered an Order (#5) dismissing Plaintiff's Complaint with prejudice because Plaintiff's claims are barred by the statute of limitations. Plaintiff's request is therefore moot. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for an Alternative Manner for the Issuance and Transmission of the Summons for Service (#8) is **denied** as moot.

DATED this 27th day of October, 2011.

GEORGE FOLEY, JR.
United States Magistrate Judge