UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TONY HINES, <br>         Plaintiff, <br> vs. <br> DWIGHT W. NEVEN, *et al.*, <br>         Defendants. | 2:11-CV-01481-PMP-GWF <br><br> **ORDER** |

Having read and considered Plaintiff Hines' fully briefed Motion for Reconsideration, or Removal Back to State Court (Doc's. #10 & #11) filed November 9, 2011, and for the reasons set forth in Defendants' Opposition to Plaintiff's Motion (Doc. #12),

**IT IS ORDERED** that Plaintiff's Motion for Reconsideration, or Removal Back to State Court (Doc's. #10 & #11) are **DENIED**.

DATED: December 7, 2011.

_____
PHILIP M. PRO
United States District Judge