1
2
3
4
5

**UNITED STATES DISTRICT COURT**

6

**DISTRICT OF NEVADA**

7
8

TONY HINES,                                    )
       #14349                              )

9

                        )
        Plaintiff,                          )       2:11-cv-01481-PMP-GWF

10

                        )
vs.                                                  )

11

                        )
DWIGHT W. NEVEN, *et al.*,          )

12

                        )
        Defendants.                       )

13

_____/

14

      This is an action on a civil rights complaint pursuant to 42 U.S.C. § 1983, removed from state

15

court.  The complaint was previously screened by the court (ECF #16).  The matter shall now proceed.

16

      **IT IS ORDERED** as follows:

17

      1.     The Clerk shall electronically **SERVE** a copy of this order, the court's operative

18

              screening order (ECF #16) and a copy of plaintiff's complaint on the Office of the

19

              Attorney General of the State of Nevada, attention Pamela Sharp.

20

      2.     Subject to the findings of the Screening Order, the Attorney General's Office shall

21

              advise the court within **twenty-one (21) days** of the date of the entry of this order

22

              whether it can accept service of process for any named, but unserved defendants.  As

23

              to any of the named defendants for which the Attorney General's Office cannot accept

24

              service, the Office shall file, *under seal*, the last known address(es) of those

25

              defendant(s).

26

      3.     If the Attorney General's Office declines to accept service for any of the defendant(s),

27

              plaintiff shall file a motion identifying those defendant(s), requesting issuance of a

28

              summons, and specifying a full name and address for said defendant(s).

4.   If the Attorney General accepts service of process for any named defendant(s), such defendant(s) shall file and serve an answer or other response to the complaint within **sixty (60) days** from the date of this order.

5.   Henceforth, plaintiff shall serve upon defendant(s) or, if an appearance has been entered by counsel, upon their attorney(s), a copy of every pleading, motion or other document submitted for consideration by the court.  Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the defendants or counsel for the defendants.  If counsel has entered a notice of appearance, the plaintiff shall direct service to the individual attorney named in the notice of appearance, at the address stated therein.  The court may disregard any paper received by a district judge or magistrate judge which has not been filed with the Clerk, and any paper received by a district judge, magistrate judge, or the Clerk which fails to include a certificate showing proper service.

**IT IS SO ORDERED.**

DATED:   March 8, 2012.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

2