AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Tony Hines,

    Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

Dwight W. Neven, et al.,

Case Number: 2:11-cv-01481-PMP-GWF

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

that Judgment is entered in favor of Defendants Dwight W. Neven, Isidro Baca, Daniel Heidt, Jeffery Walker, and State of Nevada and against Plaintiff Tony Hines.

September 10, 2012

Date

/s/ Lance S. Wilson

Clerk

/s/ Ari Caytuero

(By) Deputy Clerk